Douglas R. Young (SBN 073248)
Sandra A. Kearney (SBN 154578)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954.4400; (415) 954.4480

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WATTERSON, Derivatively On Behalf of RIVERSTONE NETWORKS, INC.<br><br>Plaintiff(s)<br><br>v.<br><br>ROMULUS PEREIRA, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>C 03-0637 PJH<br><br><br>**SUBSTITUTION OF ATTORNEY<br>AND ORDER** |

RIVERSTONE NETWORKS, INC.     [ ] Plaintiff  [ ] Defendant  [X] Other Nominal Defendant
*Name of Party*

hereby substitutes Sandra A. Kearney, Esq./Farella Braun + Martel LLP     who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   235 Montgomery Street, 17th Floor
*Street Address*

San Francisco, CA 94104    (415) 954-4400    (415) 954-4480    154578
*City, State, Zip Code*    *Telephone Number*    *Facsimile Number*    *State Bar Number*

as attorney of record in the place and stead of Craig D. Martin/Morrison & Foerster, LLP
*Present Attorney*

Dated: 11/15/06    _____
*Signature of Party*
RIVERSTONE NETWORKS, INC.

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: 11/20/06    _____
*Signature of Present Attorney*
CRAIG D. MARTIN

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: 11/21/06    _____
*Signature of New Attorney*
SANDRA A. KEARNEY

Substitution of Attorney is hereby  [X] Approved.  [ ] Denied.

Dated: 11/22/06    _____
United States District Judge / Magistrate Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your email address since your enrollment, you must complete an Enrollment/Update Form G-76 to be scanned at the proper facsimile number or e-mail address. This form, as well as information on the Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                        G01