```
PAUL T. FRIEDMAN, #98381
CRAIG D. MARTIN, #168195
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: CMartin@mofo.com

Attorneys for Defendants
Romulus Pereira and Robert Stanton
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WATTERSON, derivatively on behalf of Riverstone Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ROMULUS PEREIRA, et al., <br><br> Defendants. | Case No.   CV 03-0637 (PJH) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING KEKER & VAN NEST LLP AS COUNSEL FOR DEFENDANTS ROMULUS PEREIRA AND ROBERT STANTON |

## STIPULATION

The undersigned party and counsel hereby stipulate that defendants Romulus Pereira and Robert Stanton have retained Elliot Peters and the law firm of Keker & Van Nest LLP, whose address is 710 Sansome Street, San Francisco, California 94111, whose telephone number is (415) 391-5400, and whose email address is epeters@kvn.com, to represent them in place of Paul T. Friedman and Craig Martin and the law firm of Morrison & Foerster LLP and hereby request the Court to permit Keker & Van Nest LLP to substitute as counsel of record for Morrison & Foerster LLP for defendants Romulus Pereira and Robert Stanton.

---

STIPULATION AND [PROPOSED] ORDER RE SUBSTITUTION OF COUNSEL
Case No. C-03-00637 PJH

sf-2237441

1

All parties are requested to update their service lists to reflect this substitution of counsel.

IT IS SO STIPULATED.

I consent to this substitution of counsel:

Dated: December 14, 2006      By: _____
                                   ROMULUS PEREIRA
                                   DEFENDANT

I consent to this substitution of counsel:

Dated: December 14, 2006      By: _____
                                   ROBERT STANTON
                                   DEFENDANT

I consent to this substitution and am admitted to the bar of this Court:

                              KEKER & VAN NEST LLP

Dated: December 12, 2006      By: _____
                                   ELLIOT PETERS
                                   Present Attorneys for Defendants
                                   ROMULUS PEREIRA and ROBERT STANTON

I consent to this substitution:

                              MORRISON & FOERSTER LLP

Dated: December 8, 2006       By: _____
                                   CRAIG MARTIN
                                   Former Attorneys for Defendants
                                   ROMULUS PEREIRA and ROBERT STANTON

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: December 21, 2006

                              By: _____
                                   THE HONORABLE
                                   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*