CHRISTOPHER COOKE, #142342
JEFFREY W. KOBRICK, #225750
STEPHEN WU, # 205091
COOKE KOBRICK & WU LLP
177 Bovet Road, Suite 600
San Mateo, California 94402
Telephone (650) 638-2370
Facsimile (650) 341-1395
E-mail: ccooke@ckwlaw.com

Attorneys for Defendant
Christopher Paisley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WATTERSON, derivatively on behalf of Riverstone Networks, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>ROMULUS PEREIRA, et al., <br><br>Defendants. | Case No. C-03-00637 PJH <br><br>STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING COOKE KOBRICK & WU LLP AS COUNSEL FOR DEFENDANT CHRISTOPHER PAISLEY |

## STIPULATION

The undersigned party and counsel hereby stipulate that defendant Christopher Paisley has retained Christopher Cooke and the law firm of Cooke Kobrick & Wu LLP, whose address is 177 Bovet Road, Suite 600, San Mateo, California 94402, whose telephone number is (650) 638-2370, and whose email address is ccooke@ckwlaw.com, to represent him in place of Paul T. Friedman and Craig Martin and the law firm of Morrison & Foerster LLP and hereby request the Court to permit Cooke Kobrick & Wu LLP to substitute as counsel of record for Morrison & Foerster LLP for defendant Christopher Paisley.

1 | All parties are requested to update their service lists to reflect this substitution of counsel
2 | IT IS SO STIPULATED.
3 | I consent to this substitution of counsel:
4 | Dated: ~~November~~ December 12, 2006.     By: _____
  | CHRISTOPHER PAISLEY
5 | DEFENDANT

6 | I consent to this substitution and am
  | admitted to the bar of this Court:           COOKE KOBRICK & WU LLP
7 |
8 | Dated: ~~November~~ December 6, 2006.     By: _____
  | CHRISTOPHER COOKE
9 | Present Attorneys for Defendant
  | CHRISTOPHER PAISLEY
10 |

11 | I consent to this substitution:
12 | Dated: ~~November~~ December 2, 2006.     MORRISON & FOERSTER LLP
13 |
14 | By: _____
15 | ~~CRAIG~~ MARTIN
  | Former Attorneys for Defendant
  | CHRISTOPHER PAISLEY
16 |

17 | [~~PROPOSED~~] ORDER
18 | IT IS SO ORDERED.
19 | January 11, 2007
  | Dated: ~~December ___, 2006~~
20 |
21 |
22 | By _____
  | THE HON.
  | UNITED ST
23 |

*IT IS SO ORDERED*
*[signature] Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA*

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Mateo County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 177 Bovet Road, Suite 600, San Mateo, California 94402. I am readily familiar with this office's practice for collection and processing of correspondence for mailing with the United States Postal Service. On January 9, 2007, I placed with this office's mail department at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COOKE KOBRICK & WU LLP AS COUNSEL FOR DEFENDANT CHRISTOPHER PAISLEY

in a sealed envelope, postage fully paid, addressed as follows:

Brian J. Robbins, Esq.
Marc M. Umeda, Esq.
Robbins Umeda & Fink LLP
610 West Ash Street Suite 1800
San Diego, CA 92101

Eric J. Belfi, Esq.
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY 10016

Keith F. Park, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
401 "B" Street, Suite 1900,
San Diego, CA 92101-4239

Michael Mee, Esq.
Jon York & Associates
918 Parker Street
Berkeley, CA 94710

Douglas R. Young, Esq.
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104

Craig D. Martin, Esq.
Morrison & Foerster, LLP
425 Market Street
San Francisco, CA 94105-2482

William S. Freeman, Esq.
Cooley Godward Kronish, LLP
One Maritime Plaza,
San Francisco, CA 94111-3550

Robert Scott Dreher, Esq.
Dreher Law Firm
835 Fifth Avenue, Suite 202
San Diego, CA 92101

John G. Emerson, Esq.
Scott E. Poynter
Emerson Poynter LLP
The Museum Center
500 President Clinton Ave., Suite 305
Little Rock AR 72201

David A. Jenkins, Esq.
Smith Katzenstein Furlow
P.O. Box 410
800 Delaware Avenue
Wilmington, DE 19899

Robert L. McKague, Esq.
Morrison & Foerster, LLP
755 Page Mill Road
Palo Alto, CA 94304-1018

Grant P. Fondo, Esq.
Cooley Godward Kronish, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306

Rebecca L. Booth, Esq.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2721

Cheryl B. Pinarchick, Esq.
Erika M. Holmes, Esq.
Brown Rudnick Berlack Isreals LLP
One Financial Center
Boston, MA 02111

Following ordinary business practices, the envelopes were sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2007, in San Mateo, California.

_____
Jane E. Heckman