1  CHRISTOPHER COOKE, #142342
   JEFFREY W. KOBRICK, #225750
2  STEPHEN WU, # 205091
   COOKE KOBRICK & WU LLP
3  177 Bovet Road, Suite 600
   San Mateo, California 94402
4  Telephone (650) 638-2370
   Facsimile (650) 341-1395
5  E-mail: ccooke@ckwlaw.com

6  Attorneys for Defendant
   Eric Jaeger
7

8

9                   UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12
   GREGORY WATTERSON, derivatively on behalf  )  Case No. C-03-00637 PJH
13 of Riverstone Networks, Inc.,               )
                                               )
14               Plaintiff,                    )
                                               )  STIPULATION AND
15       vs.                                   )  [PROPOSED] ORDER
                                               )  SUBSTITUTING COOKE
16 ROMULUS PEREIRA, et al.,                    )  KOBRICK & WU LLP AS
                                               )  COUNSEL FOR DEFENDANT
17               Defendants.                   )  ERIC JAEGER
                                               )
18 _____ )

19

20
   **STIPULATION**
21
        The undersigned party and counsel hereby stipulate that defendant Eric Jaeger has retained
22
   Christopher Cooke and the law firm of Cooke Kobrick & Wu LLP, whose address is 177 Bovet Road,
23
   Suite 600, San Mateo, California 94402, whose telephone number is (650) 638-2370, and whose email
24
   address is ccooke@ckwlaw.com, to represent him in place of Paul T. Friedman and Craig Martin and
25
   the law firm of Morrison & Foerster LLP and hereby request the Court to permit Cooke Kobrick & Wu
26
   LLP to substitute as counsel of record for Morrison & Foerster LLP for defendant Eric Jaeger.
27
        All parties are requested to update their service lists to reflect this substitution of counsel
28

---
-1-
STIP & PROPOSED ORDER RE SUBSTITUTION OF COUNSEL
Case No. C-03-00637 PJH

1  IT IS SO STIPULATED.

2  I consent to this substitution of counsel:

3  Dated: January 9, 2007                    By: _____
                                                  ERIC JAEGER
4                                                 DEFENDANT

5  I consent to this substitution and am
   admitted to the bar of this Court:             COOKE KOBRICK & WU LLP
6

7  Dated: January 9, 2007           By: _____
                                         CHRISTOPHER COOKE
8                                        Present Attorneys for Defendant
                                         ERIC JAEGER
9

10  I consent to this substitution:

11  Dated: January 9, 2007.                  MORRISON & FOERSTER LLP

12

13                                      By: _____
                                            CRAIG MARTIN
14                                          Former Attorneys for Defendant
                                            ERIC JAEGER
15

16                        [~~PROPOSED~~] ORDER

17      IT IS SO ORDERED.

18
    Dated: January 18, 2007
19

20
                                        By _____
21                                          THE HON. PH[YLLIS J. HAMILTON]
                                            UNITED STAT[ES DISTRICT JUDGE]
22

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

-2-

STIP & PROPOSED ORDER RE SUBSTITUTION OF COUNSEL
Case No. C-03-00637 PJH