PAUL T. FRIEDMAN, #98381
CRAIG D. MARTIN, #168195
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
E-mail: CMartin@mofo.com

Attorneys for Defendant
Suresh Gopalakrishnan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WATTERSON, derivatively on behalf of Riverstone Networks, Inc., <br><br> Plaintiff, <br><br> v. <br><br> ROMULUS PEREIRA, et al., <br><br> Defendants. | Case No.   C-03-0637 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER SUBSTITUTING KEKER & VAN NEST LLP AS COUNSEL FOR DEFENDANT SURESH GOPALAKRISHNAN |

## STIPULATION

The undersigned party and counsel hereby stipulate that defendant Suresh Gopalakrishnan has retained Elliot Peters and the law firm of Keker & Van Nest LLP, whose address is 710 Sansome Street, San Francisco, California 94111, whose telephone number is (415) 391-5400, and whose email address is epeters@kvn.com, to represent him in place of Paul T. Friedman and Craig Martin and the law firm of Morrison & Foerster LLP and hereby request the Court to permit Keker & Van Nest LLP to substitute as counsel of record for Morrison & Foerster LLP for defendant Suresh Gopalakrishnan.

1     All parties are requested to update their service lists to reflect this substitution of counsel.

2   IT IS SO STIPULATED.

3   I consent to this substitution of counsel:

4   Dated: January ___, 2007           By: _____
   SURESH GOPALAKRISHNAN
   DEFENDANT

I consent to this substitution and am admitted to the bar of this Court:     KEKER & VAN NEST LLP

Dated: January ___, 2007           By: _____
   ELLIOT PETERS
   Present Attorneys for Defendant
   SURESH GOPALAKRISHNAN

I consent to this substitution:     MORRISON & FOERSTER LLP

Dated: January ___, 2007

By: _____
   CRAIG MARTIN
   Former Attorneys for Defendant
   SURESH GOPALAKRISHNAN

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: January ___, 2007

By: _____
   THE HON. PHYLLIS J. HAMILTON
   UNITED STATES DISTRICT JUDGE

All parties are requested to update their service lists to reflect this substitution of counsel.

IT IS SO STIPULATED.

I consent to this substitution of counsel:

Dated: January 16, 2007

By: _____
SURESH GOPALAKRISHNAN
DEFENDANT

I consent to this substitution and am admitted to the bar of this Court:

Dated: January 5, 2007

KEKER & VAN NEST LLP

By: _____
ELLIOT PETERS
Present Attorneys for Defendant
SURESH GOPALAKRISHNAN

I consent to this substitution:

Dated: January 5, 2007

MORRISON & FOERSTER LLP

By: _____
CRAIG MARTIN
Former Attorneys for Defendant
SURESH GOPALAKRISHNAN

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: January 22, 2006

By: _____
THE HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*