1  CHRISTOPHER COOKE, #142342
   JEFFREY W. KOBRICK, #225750
2  STEPHEN WU, # 205091
   COOKE KOBRICK & WU LLP
3  177 Bovet Road, Suite 600
   San Mateo, California 94402
4  Telephone (650) 638-2370
   Facsimile (650) 341-1395
5  E-mail: ccooke@ckwlaw.com

6  Attorneys for Defendant
   Jorge Del Calvo
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12
   GREGORY WATTERSON, derivatively on behalf  )   Case No. C-03-00637 PJH
13 of Riverstone Networks, Inc.,               )
                                               )
14                 Plaintiff,                  )
                                               )   STIPULATION AND
15       vs.                                   )   [PROPOSED] ORDER
                                               )   SUBSTITUTING COOKE
16 ROMULUS PEREIRA, et al.,                    )   KOBRICK & WU LLP AS
                                               )   COUNSEL FOR DEFENDANT
17                 Defendants.                 )   JORGE DEL CALVO
                                               )
18 _____ )

19

20
   **STIPULATION**
21
         The undersigned party and counsel hereby stipulate that defendant Jorge Del Calvo retained
22
   Christopher Cooke and the law firm of Cooke Kobrick & Wu LLP, whose address is 177 Bovet Road,
23
   Suite 600, San Mateo, California 94402, whose telephone number is (650) 638-2370, and whose email
24
   address is ccooke@ckwlaw.com, to represent him in place of Paul T. Friedman and Craig Martin and the
25
   law firm of Morrison & Foerster LLP and hereby request the Court to permit Cooke Kobrick & Wu LLP
26
   to substitute as counsel of record for Morrison & Foerster LLP for defendant Jorge Del Calvo.
27
         All parties are requested to update their service lists to reflect this substitution of counsel
28

1  IT IS SO STIPULATED.

2  I consent to this substitution of counsel:

3  Dated: January ___, 2007                By: _____
                                                JORGE DEL CALVO
4                                               DEFENDANT

5  I consent to this substitution and am
   admitted to the bar of this Court:           COOKE KOBRICK & WU LLP
6

7  Dated: January 9, 2007                  By: _____
                                                CHRISTOPHER COOKE
8                                               Present Attorneys for Defendant
                                                JORGE DEL CALVO
9

10 I consent to this substitution:

11 Dated: January 9, 2007.                      MORRISON & FOERSTER LLP

12

13                                         By: _____
                                                CRAIG MARTIN
14                                              Former Attorneys for Defendant
                                                JORGE DEL CALVO
15

16                      [PROPOSED] ORDER

17       IT IS SO ORDERED.

18 Dated: January 26, 2007

19

20                                         By _____
                                              THE HON. PHYLLIS J. HAMILTON
21                                            UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton